

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### No. AP-75,541

**CLIFTON WILLIAMS, Appellant**

**v.**

**THE STATE OF TEXAS**

### Appeal of Case 114-1505-06 of the
### 114th Judicial District Court,
### Smith County

WOMACK, J., filed a concurring opinion.

I join the Court's opinion, *ante*. I write to emphasize that we have not been asked to decide whether the instruction on mental retardation violated Article 36.14 of the Code of Criminal Procedure, which requires the trial judge to deliver a written charge "setting forth the law" and "not summing up the testimony, [or] discussing the facts …."

Filed  November 26, 2008.
Publish.